[No. 39811-7-II.   Division Two.   September 20, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. CORY LAMONT THOMAS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04377-8, Rosanne Buckner, J., entered August 26, 2009. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 40369-2-II.   Division Two.   September 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TORRIE RENEE LYONS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00559-6, Richard L. Brosey, J., entered February 17, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 41255-1-II.   Division Two.   September 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PLES HERRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00172-9, Ronald E. Culpepper, J., entered September 28, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.